IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CRAIG A. RUSSELL,
          Plaintiff,

-vs-                                           Case No. A-10-CA-253-SS

UNITED STATES POSTAL SERVICE, ET AL.,
          Defendants.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Plaintiff's Rule 41(a)(2) Motion to Dismiss [#13] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Plaintiff's Rule 41(a)(2) Motion to Dismiss [#13] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice;

IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 19th day of July 2010.

                                                    SAM SPARKS
                                                    UNITED STATES DISTRICT JUDGE

F:\SPARKS\TEXT\CV10\253 voluntary dismiss.tb.wpd